Michael P. NASIATKA, Plaintiff—
Appellant,

v.

Gordon R. ENGLAND, Secretary,
Department of the Navy,
Defendant—Appellee,

and

Hansford T. Johnson, Acting Secretary
of the Navy; Richard J. Naughton,
Vice Admiral, Defendants.

No. 05–1444.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 29, 2006.

Decided: April 10, 2006.

Michael P. Nasiatka, Appellant Pro Se.
Tarra Deshields Minnis, Office of the United States Attorney, Baltimore, Maryland,
for Appellee.

Before WILKINSON, WILLIAMS, and
DUNCAN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Michael P. Nasiatka appeals the district
court's order granting summary judgment
in favor of his employer in this employment discrimination action. We have reviewed the record and find no reversible
error. Accordingly, we affirm for the reasons stated by the district court. See Nasiatka v. England, No. CA–03–900–RDB
(D. Md. Oct. 9, 2003; Mar. 10, 2005). We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

AFFIRMED